UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

JOHN M. CATES                           CASE NO.: 03-20822-PCY5
CYNTHIA S. CATES                        CHAPTER 13

    Debtor(s).
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) to:

CITICAPITAL COMMERICAL

which remain outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 239263    in the amount of $1191.61 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart
                        LEIGH D. HART
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
JOHN M. CATES
CYNTHIA S. CATES
2579 JOHNSON RD.
BONIFAY, FL

32425
AND
CHARLES M. WYNN, ATTY.            CITICAPITAL COMMERCIAL CORP.
P.O. BOX 146                      250 E. CARPENTER FREEWAY
MARIANNA, FL                      4 DECKER M/D H04-120
                                  IRVING, TX
32447                             75062
```

on the same date as reflected on the court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart
                        LEIGH D. HART
```

F. 6 (107) 01/25/2005