**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY  DIVISION**

IN RE:

JOHN M. CATES                             CASE NO.: 03-20822-PCY5
CYNTHIA S. CATES                          CHAPTER 13

    Debtor(s).
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee,
and hereby files this Notice of Payment of Unclaimed
Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) to:
CITICAPITAL COMMERCIAL
which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order
with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 241900    in the amount of $1,191.60 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart
LEIGH D. HART
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JOHN M. CATES
CYNTHIA S. CATES
2579 JOHNSON RD.
BONIFAY, FL

32425
AND
CHARLES M. WYNN, ATTY.          CITICAPITAL COMMERCIAL CORP.
P.O. BOX 146                    250 E. CARPENTER FREEWAY
MARIANNA, FL                    4 DECKER M/D H04-120
                                IRVING, TX
32447                           75062

on the same date as reflected on the court's docket as the electronic filing date for this document.

/s/Leigh D. Hart
LEIGH D. HART

F. 6 (107) 02/23/2005