UNITED STATES BANKRUPTCY COURT
For the Northern
District of Florida

In re:                                    Chapter 13
JOHN M CATES                              Case No.: 03-20822-LMK
2579 JOHNSON RD                           Claim No.: 10
                                          Amendment No.:
BONIFAY         FL    32425
                     Debtor(s)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCast Settlement Corporation (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 4/23/03 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001(e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon docketing of the Notice of Transfer of Claim.

Account number: *************3057
Claim Amount:              $9,636.94
Dated: 02/20/06

SELLER/TRANSFEROR/ASSIGNOR:           PURCHASER/TRANSFEREE/ASSIGNEE:
Household Bank (SB) N.A               eCast Settlement Corporation
Churchman's Corporate Center          P.O. Box 7247-6971
90 Christiana Road                    Philadelphia, PA 19170-6971
New Castle, Delaware 19720
Telephone: (302) 327-2885             Telephone: (520) 577-1544 (Servicer)

By: (See attached assignment)         By: _____
Thomas Harmon                         Colleen Mclaughlin
                                      Kim Garner
                                      William Jones
                                      Louis Mendez
                                      Sharon Sinanan

Tallahassee
Leigh D Hart

Exhibit 3

ASSIGNMENT OF ACCOUNTS

Household Bank (SB), N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to ECAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on December 22, 2003.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: December 22, 2003

HOUSEHOLD BANK (SB), N.A.

By: _____
Thomas Harmon

HOUSEHOLD RETAIL SERVICES, INC
By: _____

HOUSEHOLD CARD SERVICES, INC.
By: _____

HOUSEHOLD RECEIVABLES
ACQUISITION CORPORATION
By: _____