FORM orcnv7

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

---

In Re:  JOHN M. CATES  
    Debtor  
CYNTHIA S. CATES  
    Joint Debtor

Bankruptcy Case No.:   03−20822−LMK

Chapter:  7  
Judge:  Lewis M. Killian Jr.

---

### *ORDER CONVERTING CASE TO CHAPTER 7*

Upon the motion/notice to convert pursuant to Section , Title 11, United States Code, it is

**ORDERED AND ADJUDGED AND NOTICE GIVEN** that

The debtor's Chapter 13 case be, and it hereby is, converted to a case under Chapter 7 of Title 11, United States Code.

**IT IS FURTHER ORDERED AND YOU ARE FURTHER NOTIFIED** that:

1) Within fifteen (15) days of the date of this order, or on or before the meeting of creditors to be subsequently scheduled in the converted Chapter 7 case, the debtor shall file a schedule of current income and current expenditures and the statement of intention required by 11 U.S.C. Section 521(1) and (2).

2) Pursuant to Rule 1019(5), the debtor(s) in the superseded Chapter 7 case shall file within fifteen (15) days of the date of this order, a full report and account including current inventory and a separate schedule (with mailing matrix) listing all unpaid debts incurred after the commencement of the Chapter 7 case. Failure to file said report will cause the debtor(s) or officers of the debtor to be surcharged for the cost to have the report prepared and may cause the debtor(s) or its officers to be held in contempt and fined or otherwise punished.

3) Upon the filing of the aforesaid final report and account and schedules (with mailing matrix), the Court will fix by subsequent notice a bar date within which all creditors holding post−petition claims incurred during the superseded proceeding under Chapter 7 , and which are unpaid, including all claims of the United States, any state, or subdivision thereof must file their claims.

4) The former trustee, if applicable, is hereby discharged of all further duties and responsibilities herein. The trustee shall forthwith turn over all money or other property of the estate and all records in his possession to the newly appointed Chapter 7 trustee.

**DONE AND ORDERED** at Tallahassee, Florida, April 25, 2006 .

                    /s/ Lewis M. Killian Jr.  
                    Lewis M. Killian Jr.  
                    U.S. Bankruptcy Judge

Service to:  
    All creditors and parties in interest