UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

JOHN M. CATES,

Case No. 03-20822

Debtor(s)  /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by CITICORP, N.A. on behalf of CITICAPITAL COMMERCIAL for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $5,569.07 be disbursed to CITICORP, N.A., c/o Kathleen S. Allen, 3800 Citigroup Center, G-3-4, Tampa, FL 33610.

DONE and ORDERED at Tallahassee, Florida, this 15th day of May, 2008.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
  CITICORP, N.A., Creditor